# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162528(20)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                     MSC: 162528
                                                      COA: 355371
LLOYD JAMES DAVIS,                                    Barry CC: 2019-000125-FH
    Defendant-Appellant.
_____/

     On order of the Chief Justice, the motion of defendant-appellant to waive fees is GRANTED. Fees are waived in this case only.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021

                                                      Clerk